THOMAS M. GARBERSON, Bar No. 269158
LOW McKINLEY BALERIA & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833
Telephone:    (916) 231-2400
Facsimile:    (916) 231-2399

BENJAMIN T. IKUTA, Bar No. 260878
ATTORNEYS AT LAW
HODES MILMAN LLP
9210 Irvine Center Drive
Irvine, CA  92618
Telephone:    (949) 640-8222
Facsimile:    (949) 640-8294

**SEALED**

Attorneys for Plaintiffs UNITED STATES OF AMERICA
ex rel. HUSSAM KUJOK, M.D., HUSSAM KUJOK, M.D.
individually, HUSSAM KUJOK, M.D., INC.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. HUSSAM KUJOK, M.D., HUSSAM KUJOK, M.D. individually, HUSSAM KUJOK, M.D., INC., <br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL ACO, LLC AND ANDRE BERGER, M.D.,<br><br>Defendants. | Case No.: 2:18-cv-3111 KJM EFB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)(2)** |

Upon consideration of Plaintiff-Relator Hussam Kujok, M.D.'s Request to Seal Documents, and for good cause shown, it is hereby ORDERED:

That the request is granted, and that the Complaint in this action shall be filed under seal pursuant to 31 U.S.C. § 3730 and remain under seal until further order of the Court.

DATED:  December 5, 2018.

_____
UNITED STATES DISTRICT JUDGE