McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HUSSAM KUJOK, M.D., HUSSAM KUJOK, M.D. individually, HUSSAM KUJOK, M.D., INC.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ACO, LLC AND ANDRES BERGER, M.D.,<br><br>Defendants. | CASE NO. 2:18-cv-3111 KJM EFB<br><br>ORDER GRANTING THE UNITED STATES' *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT<br><br>**(FIRST REQUEST)**<br><br>**[UNDER SEAL]** |

Upon consideration of the *ex parte* application of the United States for an Order extending the deadline to decide whether to intervene and to also extend the seal on the *qui tam* Complaint, and good cause appearing therefor.

//
//
//
//
//
//

ORDER GRANTING *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO INTERVENE AND EXTENSION ON SEAL

1

1    **IT IS HEREBY ORDERED** that the *ex parte* application is granted allowing the United States an extension of time to September 29, 2019, within which to notify the Court of its decision regarding intervention and to also extend the seal on the *qui tam* action.

**IT IS SO ORDERED.**

DATED: March 5, 2019

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on March 29, 2019, she served a copy of:

**[PROPOSED] ORDER GRANTING THE UNITED STATES' *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE *QUI TAM* COMPLAINT (FIRST REQUEST) [UNDER SEAL]**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Thomas M. Garberson
Low McKinley Baleria & Salenko, LLP
2150 Rivera Plaza Drive, Suite 250
Sacramento, CA 95833

Benjamin T. Ikuta
Hodes Milman Liebeck
9210 Irvine Center Drive
Irvine, CA 92618

Attorneys for Relator

*/s/Bonnie L. L'Argent*
Bonnie L. L'Argent