1  McGREGOR W. SCOTT
   United States Attorney
2  GEOFFREY D. WILSON
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for the United States
7

8
                          IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA, *ex rel.*          CASE NO. 2:18-CV-3111 KJM EFB
12 HUSSAM KUJOK, M.D., HUSSAM KUJOK, M.D.
   individually, HUSSAM KUJOK, M.D., INC.
13                                              ORDER
                       Plaintiffs,
14
                 v.
15
   NATIONAL ACO, LLC AND ANDRE BERGER,
16 MD.,

17                     Defendants

18

19       The United States of America (the "United States" or the "Government"), has declined to

20 intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B).

21 Accordingly, the Court hereby rules as follows:

22       IT IS ORDERED that,

23       1.    All contents of the Court's file in this action remain under seal and not be made public or

24 served upon the defendants until further order of the court;

25       2.    At such time as the seal is ultimately lifted, all contents of the Court's file in this action

26 shall remain under seal and not be made public or served upon the defendants, except for relator's

27 original Complaint, this Order and the Notice of Election to Decline Intervention, which the relator will

28 serve upon the defendant;

   ORDER                                          1

3. The parties shall hereafter serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts;

4. The Government is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and that

7. Should the Relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Government before ruling or granting its approval.

IT IS SO ORDERED.

DATED: October 7, 2019

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY U.S. MAIL**

ORDER                                2

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on September 27, 2019, she served a copy of:

**[PROPOSED] ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Thomas M. Garberson
Low McKinley Baleria & Salenko, LLP
2150 Rivera Plaza Drive, Suite 250
Sacramento, CA 95833

Benjamin T. Ikuta
Hodes Milman Liebeck
9210 Irvine Center Drive
Irvine, CA 92618

Attorneys for Relator

　　　　　　　　　　　　　　　　　　　　　　　*/s/Bonnie L. L'Argent*
　　　　　　　　　　　　　　　　　　　　　　　Bonnie L. L'Argent

ORDER　　　　　　　　　　　3