McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HUSSAM KUJOK, M.D., HUSSAM KUJOK, M.D. individually, HUSSAM KUJOK, M.D., INC.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ACO, LLC AND ANDRE BERGER, MD.,<br><br>Defendants | CASE NO. 2:18-CV-3111 KJM EFB<br><br>ORDER |

ORDER                                    1

The Relator Hussam Kujok having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed with prejudice as to Relator Hussam Kujok, M.D.
2. Relator's dismissal is without prejudice as to the rights of the United States.
3. All documents in this matter previously sealed by court order are hereby unsealed.
4. The June 5, 2020, order to show cause is discharged.

IT IS SO ORDERED.

DATED: June 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER                                     2